

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUN 06 2013

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | § | |
|---|---|---|
| AT&T INTELLECTUAL PROPERTY II, L.P., and AIO WIRELESS LLC, | § § § § | |
| Plaintiffs, | § § | Civil Action No. _____ |
| v. | § § | |
| AIOTV, INC. | § § § | 1:13-CV-1901 |
| Defendant. | § § § | |

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

(1) The undersigned counsel of record for AT&T Intellectual Property II, L.P. and Aio Wireless LLC, hereby certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

Plaintiffs:

AT&T INTELLECTUAL PROPERTY II, L.P. is owned by AT&T Intellectual Property I, L.P., AT&T Intellectual Property Marketing, Inc., AT&T Intellectual Property, Inc., AT&T Mobility II LLC and AT&T Properties, LLC

AIO WIRELESS LLC is owned by AT&T Mobility II LLC, which is owned by AT&T Mobility LLC, Centennial Communications Corp., New Cingular Wireless Services, Inc. and BellSouth Mobile Data, Inc.

None of the companies listed above are publicly traded companies. All of the companies listed above are subsidiaries of AT&T Inc. AT&T Inc. is a publicly traded company, and there is no one person or group that owns 10% or more of the stock of AT&T, Inc.

Defendant: AIOTV, INC.

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associates, firms, partnerships or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

    None to disclose at this time.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

    <u>For the Plaintiffs</u>:    James R. Thompson

Respectfully submitted this 6th day of June, 2013,

                                                                              James R. Thompson
                                                                              jt0309@att.com
                                                                              Georgia State Bar No. 708530

                                                                              *Counsel for Plaintiffs* AT&T
                                                                              Intellectual Property II, L.P. and Aio Wireless LLC

1082150

675 West Peachtree Street, N.W.
AT&T Midtown Center – Suite 4300
Atlanta, Georgia 30308
Tel. (404) 927-2868
Fax (404) 927-3624

1082150

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AT&T INTELLECTUAL PROPERTY II, L.P., and AIO WIRELESS LLC,<br><br>     Plaintiffs,<br><br>v.<br><br>AIOTV, INC.<br><br>     Defendant. | §<br>§<br>§<br>§<br>§<br>§ Civil Action<br>§ No. _____<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I filed the foregoing Certificate of Interested Persons and Corporate Disclosure Statement with the Clerk of Court, which will be served on the following:

     AIOTV, INC.
    20234 East Lake Circle
    Centennial, Colorado 80016

This 6th day of June, 2013

             _____
             James R. Thompson
             jt0309@att.com
             Georgia State Bar No. 708530

675 West Peachtree Street, N.W.
AT&T Midtown Center – Suite 4300
Atlanta, Georgia 30308
1082150