AO 458 (Rev. 01/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| AT&T INTELLECTUAL PROPERTY II, L.P., AND AIO WIRELESS LLC )<br>*Plaintiff* )<br>v. )<br>AIOTV, INC. )<br>*Defendant* ) | Case No. 1:13-cv-1901-JOF |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:
AT&T INTELLECTUAL PROPERTY II, L.P. AND AIO WIRELESS LLC                                                  .

Date: JUNE 19, 2013

s/WILLIAM H. BREWSTER
*Attorney's signature*

WILLIAM H. BREWSTER  GA BAR NO. 080422
*Printed name and bar number*

KILPATRICK TOWNSEND & STOCKTON LLP
1100 PEACHTREE ST., STE. 2800
ATLANTA, GEORGIA  30309
*Address*

BBREWSTER@KILPATRICKTOWNSEND.COM
*E-mail address*

404-815-6500
*Telephone number*

404-815-6555
*FAX number*

## **CERTIFICATE OF SERVICE**

This is to certify that on June 19, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send e-mail documentation for such filing to the attorneys of record, and that I caused service of the foregoing document upon Defendant aioTV, Inc. by dispatching the same to a commercial process server for personal service upon aioTV, Inc.'s registered agent, to occur on June 20, 2013 at the following address:

United States Corporation Agents, Inc.
2 North Cascade
Suite 1100
Colorado Springs, Colorado 80903

                                    s/William H. Brewster
                                    William H. Brewster
                                    Georgia Bar No. 080422
                                    Kilpatrick Townsend & Stockton
                                    1100 Peachtree Street, Ste. 2800
                                    Atlanta, Georgia  30309
                                    Telephone:  (404) 815-6500
                                    Facsimile:  (404) 815-6555
                                    Email:        bbrewster@kiltown.com