# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| AT&T INTELLECTUAL PROPERTY II, L.P., and AIO WIRELESS LLC, <br><br> *Plaintiffs,* <br><br> v. <br><br> AIOTV, INC. <br><br> *Defendant.* | § Civil Action <br> § No. 1:13-cv-1901-JOF <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § |

## PLAINTIFFS' MOTION TO ENJOIN DEFENDANT AIOTV, INC. FROM PROSECUTING SECOND-FILED ACTION IN THE DISTRICT OF COLORADO

Plaintiffs, AT&T Intellectual Property II, L.P. and Aio Wireless, LLC respectfully move this Court for an injunction directing Defendant aioTV, Inc. to cease prosecution of its claims for trademark infringement against Aio Wireless, LLC, filed on June 11, 2013, under the caption *aioTV, Inc. v. Aio Wireless LLC*, Civil Action No. 13-cv-01493-PAB-KLM in the United States District Court for the District of Colorado (the "Colorado Action"). Alternatively, in the event that that Plaintiff Aio Wireless LLC's Motion to Stay filed in the Colorado Action is

denied, Plaintiffs request that this Court enter an injunction directing aioTV to dismiss its complaint filed in the Colorado Action without prejudice.

In support of this motion, Plaintiffs rely on the accompanying Memorandum of Law and declarations of Darren W. Saunders, Esq. and Nataraj Rao and exhibits thereto, and its Reply.

                                                Respectfully submitted,

Dated: June 19, 2013                  <u>s/William H. Brewster</u>
                                                William H. Brewster
                                                Georgia Bar No. 080422
                                                Kilpatrick Townsend & Stockton
                                                1100 Peachtree Street, Ste. 2800
                                                Atlanta, Georgia  30309
                                                Telephone:  (404) 815-6500
                                                Facsimile:  (404) 815-6555
                                                Email:         bbrewster@kiltown.com

Of Counsel:        Darren W. Saunders, Esq. (Pro Hac Vice to be filed)
                                                Linda A. Goldstein, Esq. (Pro Hac Vice to be filed)
                                                Manatt, Phelps & Phillips LLP
                                                7 Times Square
                                                New York, New York 10036
                                                Telephone:  (212) 790-4500
                                                Facsimile:   (212) 790-4545
                                                Email:         dsaunders@manatt.com
                                                Email:         lgoldstein@manatt.com

                Chad S. Hummel, Esq. (Pro Hac Vice to be filed)
                Manatt, Phelps & Phillips LLP
                11355 W. Olympic Blvd.
                Los Angeles, California 90064
                Telephone:  (310) 312-4000
                Facsimile:   (310) 312-4224
                Email:        chummel@manatt.com

                ***Attorneys for Plaintiffs***
                **AT&T INTELLECTUAL PROPERTY II, L.P. and AIO WIRELESS LLC**

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing was typed in Times New Roman 14 point font with a top margin of 1.5 inches in accordance with Rule 5.1 of the Local Rules of this Court.

                s/William H. Brewster
                William H. Brewster
                Georgia Bar No. 080422
                Kilpatrick Townsend & Stockton
                1100 Peachtree Street, Ste. 2800
                Atlanta, Georgia  30309
                Telephone:  (404) 815-6500
                Facsimile:  (404) 815-6555
                Email:        bbrewster@kiltown.com

**CERTIFICATE OF SERVICE**

This is to certify that on June 19, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send e-mail documentation for such filing to the attorneys of record, and that I caused service of the foregoing document upon Defendant aioTV, Inc. by dispatching the same to a commercial process server for personal service upon aioTV, Inc.'s registered agent, to occur on June 20, 2013 at the following address:

United States Corporation Agents, Inc.,
2 North Cascade
Suite 1100
Colorado Springs, Colorado 80903

s/William H. Brewster
William H. Brewster
Georgia Bar No. 080422
Kilpatrick Townsend & Stockton
1100 Peachtree Street, Ste. 2800
Atlanta, Georgia  30309
Telephone:  (404) 815-6500
Facsimile:  (404) 815-6555
Email:       bbrewster@kiltown.com
