UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| AT&T INTELLECTUAL PROPERTY II, L.P., and AIO WIRELESS LLC, | § § § § | Civil Action No. 1:13-cv-1901-JOF |
| *Plaintiffs,* | § § | |
| v. | § § | |
| AIOTV, INC. | § § § | |
| *Defendant.* | § § § § | |

## DECLARATION OF NATARAJ RAO

**NATARAJ RAO**, declares under 28 U.S.C. § 1746:

1. I am an Assistant Vice President at AT&T Mobility Services LLC ("AT&T Mobility") and Head of Business Operations for Aio Wireless LLC ("Aio Wireless"). I submit this Declaration in support of Plaintiffs AT&T Intellectual Property II, L.P. and Aio Wireless' Motion to Enjoin Defendant aioTV, Inc. from Prosecuting Second-Filed Action in the District of Colorado. This Declaration is based on my personal knowledge of the matters stated herein.

2. My responsibilities as Assistant Vice President cover a wide range of matters, including business operations, supply chain, pricing, customer insights,

and strategy for Aio Wireless.

3. Aio Wireless' corporate headquarters is in Alpharetta, Georgia.

4. All of Aio Wireless' branding/marketing, promotion, sales, customer service, and finances are directed out of Alpharetta, Georgia.

5. The AT&T Mobility employees knowledgeable about (1) the process of selecting the Aio Wireless name and marks, (2) the decision to adopt the Aio Wireless name and marks, (3) the use of the Aio Wireless name and marks for wireless voice, text and data services and mobile devices and accessories, (4) the channels through which Aio Wireless' goods and services are sold and provided, (5) Aio Wireless' customers and target consumers, and (6) Aio Wireless' advertising and promotion of its wireless voice, text and data services and mobile devices and accessories, are based in Alpharetta, Georgia.

6. Similarly, documents related to each of the foregoing areas are maintained in Aio Wireless' corporate office in Alpharetta, Georgia.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 19th of June 2013
Alpharetta, Georgia

_____
NATARAJ RAO