UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AT&T INTELLECTUAL PROPERTY II, L.P., and AIO WIRELESS LLC,<br><br>    *Plaintiffs,*<br><br> v.<br><br>AIOTV, INC.<br><br>    *Defendant.* | §   Civil Action<br>§   No. 1:13-cv-1901-JOF<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

**NOTICE OF AIO WIRELESS LLC's MOTION TO STAY FILED
IN THE DISTRICT OF COLORADO**

**NOTICE IS HEREBY GIVEN** by plaintiff Aio Wireless LLC that on June

17, 2013 it filed a Motion to Stay, Dismiss Or, In The Alternative, Transfer Case

To The Northern District Of Georgia Pursuant To The "First-Filed Rule".  The

motion and accompanying memorandum of law in support thereof are attached as Exhibits A and B, respectively, hereto.

               Respectfully submitted,

Dated:  June 19, 2013      <u>s/William H. Brewster</u>

               William H. Brewster
               Georgia Bar No. 080422
               Kilpatrick Townsend & Stockton
               1100 Peachtree Street, Ste. 2800
               Atlanta, Georgia  30309
               Telephone:  (404) 815-6500
               Facsimile:  (404) 815-6555
               Email: bbrewster@kiltown.com

Of Counsel:     Darren W. Saunders, Esq. (Pro Hac Vice to be filed)
               Linda A. Goldstein, Esq. (Pro Hac Vice to be filed)
               Manatt, Phelps & Phillips LLP
               7 Times Square
               New York, New York 10036
               Telephone:  (212) 790-4500
               Facsimile:   (212) 790-4545
               Email: dsaunders@manatt.com
               Email: lgoldstein@manatt.com

Chad S. Hummel, Esq. (Pro Hac Vice to be filed)
Manatt, Phelps & Phillips LLP
11355 W. Olympic Blvd.
Los Angeles, California 90064
Telephone:   (310) 312-4000
Facsimile:    (310) 312-4224
Email:          chummel@manatt.com

*Attorneys for Plaintiffs*
**AT&T INTELLECTUAL PROPERTY II, L.P. and AIO WIRELESS LLC**

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing was typed in Times New Roman 14 point font with a top margin of 1.5 inches in accordance with Rule 5.1 of the Local Rules of this Court.

                                s/William H. Brewster

                                William H. Brewster
                                Georgia Bar No. 080422
                                Kilpatrick Townsend & Stockton
                                1100 Peachtree Street, Ste. 2800
                                Atlanta, Georgia  30309
                                Telephone:  (404) 815-6500
                                Facsimile:  (404) 815-6555
                                Email:          bbrewster@kiltown.com

## **CERTIFICATE OF SERVICE**

This is to certify that on June 19, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send e-mail documentation for such filing to the attorneys of record, and that I caused service of the foregoing document upon Defendant aioTV, Inc. by dispatching the same to a commercial process server for personal service upon aioTV, Inc.'s registered agent, to occur on June 20, 2013 at the following address:

United States Corporation Agents, Inc.
2 North Cascade
Suite 1100
Colorado Springs, Colorado 80903

                                             s/William H. Brewster
                                             William H. Brewster
                                             Georgia Bar No. 080422
                                             Kilpatrick Townsend & Stockton
                                             1100 Peachtree Street, Ste. 2800
                                             Atlanta, Georgia  30309
                                             Telephone:  (404) 815-6500
                                             Facsimile:  (404) 815-6555
                                             Email:       bbrewster@kiltown.com

201700236.1