UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AT&T INTELLECTUAL PROPERTY II, L.P., and AIO WIRELESS LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>AIOTV INC.<br><br>    Defendant. | Civil Action<br>No. 1:13-cv-1901 |

DEFENDANT AIOTV INC.'S MOTION TO DISMISS PURSUANT TO F.R.C.P. 12(b)(2) and (b)(3) OR, ALTERNATIVELY, MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)

  Defendant aioTV Inc. ("AIO"), by and through undersigned counsel, hereby respectfully moves this Court to dismiss this case pursuant to F.R.C.P. 12(b)(2) and 12(b)(3) or, alternatively, to transfer venue pursuant to 28 U.S.C. § 1404(a) or § 1406(a). In support of this motion, AIO relies on the accompanying Memorandum of Law and attachments thereto and its Reply.

  As set forth in the Memorandum of Law, this Court lacks personal jurisdiction over AIO under both the Georgia long-arm statute and under due process analysis.

1

Moreover, venue is improper in Georgia. Regardless of whether the Court determines it has personal jurisdiction over AIO and whether venue is proper, the Court should exercise its discretion to transfer venue to the District of Colorado. As such, AIO respectfully requests that the Court grant this motion.

DATED: July 3, 2013

                                      Respectfully submitted,
                                          *s/ Kelly L. Whitehart*
                                          Kelly L. Whitehart
                                          GA Bar No. 755447
                                          MILLER & MARTIN, PLLC
                                          1170 Peachtree Street, N.E. #800
                                          Atlanta, GA 30309-7706
                                          Telephone: (404) 962-6100
                                          Fax: (404) 962-6300
                                          Email: kwhitehart@millermartin.com

Of Counsel (*pro hac vice pending*)
Edward T. Lyons, Jr.
elyons@joneskeller.com
Daniel A. Wartell
dwartell@joneskeller.com
Aaron D. Goldhamer
agoldhamer@joneskeller.com
JONES & KELLER, P.C.
1999 Broadway, Suite 3150
Denver, CO 80202
Telephone: (303) 573-1600
Fax: (303) 573-8133

## LOCAL RULE 7.1D CERTIFICATION

By signature below, counsel certifies that the foregoing document was prepared in Times New Roman, 14-point font in compliance with Local Rule 5.1B.

/s/ *Kelly L. Whitehart*
Kelly L. Whitehart
(Georgia Bar #755447)
*kwhitehart@millermartin.com*

11052617v1  07777-1224

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 3rd day of July, 2013, I electronically filed the foregoing MOTION TO DISMISS PURSUANT TO F.R.C.P. 12(b)(2) and (b)(3) OR, ALTERNATIVELY, MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a) with the Clerk of Court by using the CM/ECF system, and a copy of the foregoing pleading has been electronically mailed to all attorneys of record.

/s/ *Kelly L. Whitehart*
Kelly L. Whitehart
(Georgia Bar #755447)
*kwhitehart@millermartin.com*

11052617v1 07777-1224