UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AT&T INTELLECTUAL PROPERTY II, L.P., and AIO WIRELESS LLC, | ) ) ) |
| Plaintiffs, | ) Civil Action ) No. 1:13-cv-1901 JOF ) |
| v. | ) ) |
| AIOTV INC. | ) ) |
| Defendant. | ) ) |

_____

**CONSENT MOTION AND STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFFS' MOTION TO ENJOIN DEFENDANT AIOTV, INC. FROM PROSECUTING SECOND-FILED ACTION IN THE DISTRICT OF COLORADO**

COME NOW Plaintiffs and Defendant (collectively referred to as the "Parties"), and pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), file this agreed motion and stipulation to extend the time within which Defendant is required to respond to Plaintiffs' Motion to Enjoin Defendant aioTV, Inc. from Prosecuting Second-Filed Action in the District of Colorado ("Motion to Enjoin" Dkt. No.6). In support of this motion, the Parties show as follows:

1. Plaintiffs filed their Complaint against the Defendant on June 6, 2013.

2. On June 11, 2013, Defendant filed a complaint in the United States

1