UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AT&T INTELLECTUAL PROPERTY II, L.P., and AIO WIRELESS LLC, | ) ) ) |
| Plaintiffs, | ) Civil Action ) No. 1:13-cv-1901 JOF ) |
| v. | ) ) |
| AIOTV INC. | ) ) |
| Defendant. | ) ) |

_____

**[PROPOSED] ORDER GRANTING CONSENT MOTION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFFS' MOTION TO ENJOIN DEFENDANT AIOTV, INC. FROM PROSECUTING SECOND-FILED ACTION IN THE DISTRICT OF COLORADO**

After considering the Parties' consent motion and stipulation to extend the time within which Defendant shall be required to respond to Plaintiffs' Motion to Enjoin Defendant AioTV, Inc. from Prosecuting Second-Filed Action in the District of Colorado, the Court finds that there is cause to extend the time for Defendant to respond to Plaintiffs' Motion to Enjoin. Therefore, the Parties' agreed motion and stipulation is GRANTED. Defendant shall have up to and including July 12, 2013, to respond to Plaintiffs' Motion to Enjoin.

1

IT IS SO ORDERED, this _____ day of _____, 2013.

                                                              _____
                                                               HONORABLE J. OWEN FORRESTER
                                                                United States District Senior Judge

11053454v1  07777-1224