UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AT&T INTELLECTUAL PROPERTY II, L.P., and AIO WIRELESS LLC, <br><br> Plaintiffs, <br><br> v. <br><br> AIOTV INC. <br><br> Defendant. | ) ) ) ) ) Civil Action ) No. 1:13-cv-1901 ) ) ) ) ) ) ) ) |

NOTICE OF CHANGE OF ADDRESS

Please take Notice that **Kelly L. Whitehart,** formerly of Morris Manning & Martin, LLP, and counsel for aioTV, Inc., has transitioned to a new firm as follows:

Miller & Martin, PLLC
1170 Peachtree Street, NE
Suite 800
Atlanta, Georgia 30309
Telephone: 404.962.6450
Facsimile: 404.962.6349
kwhitehart@millermartin.com
GA Bar No.: 755447

Please update your records and forward all future correspondence to the address above.

11061994_1.doc

This 9th day of July, 2013

                Respectfully submitted,

                *s/ Kelly L. Whitehart*
                Kelly L. Whitehart
                GA Bar No. 755447
                MILLER & MARTIN, PLLC
                1170 Peachtree Street, N.E. #800
                Atlanta, GA 30309-7706
                Telephone: (404) 962-6100
                Fax: (404) 962-6300
                Email: kwhitehart@millermartin.com

Of Counsel (*pro hac vice pending*)
Edward T. Lyons, Jr.
elyons@joneskeller.com
Daniel A. Wartell
dwartell@joneskeller.com
Aaron D. Goldhamer
agoldhamer@joneskeller.com
JONES & KELLER, P.C.
1999 Broadway, Suite 3150
Denver, CO 80202
Telephone: (303) 573-1600
Fax: (303) 573-8133

## LOCAL RULE 7.1D CERTIFICATION

By signature below, counsel certifies that the foregoing document was prepared in Times New Roman, 14-point font in compliance with Local Rule 5.1B.

*/s/ Kelly L. Whitehart*
Kelly L. Whitehart
(Georgia Bar #755447)
*kwhitehart@millermartin.com*

11061994_1.doc

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 9th day of July, 2013, I electronically filed the foregoing NOTICE OF CHANGE OF ADDRESS with the Clerk of Court by using the CM/ECF system, and a copy of the foregoing pleading has been electronically mailed to all attorneys of record.

/s/ *Kelly L. Whitehart*
Kelly L. Whitehart
(Georgia Bar #755447)
*kwhitehart@millermartin.com*

11061994_1.doc