UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| AT&T INTELLECTUAL PROPERTY II, L.P., and AIO WIRELESS LLC, | ) ) ) | |
| Plaintiffs, | ) ) ) | Civil Action No. No. 13-cv-1901-JOF |
| v. | ) ) ) | |
| AIOTV INC. | ) ) ) | |
| Defendant. | ) ) | |

___

**NOTICE OF JOINT MOTION AND STIPULATION FOR ENTRY OF ORDER TEMPORARILY STAYING CASE FILED IN THE DISTRICT OF COLORADO**

___

**NOTICE IS HEREBY GIVEN** by Defendant aioTV, Inc., that on July 3, 2013, Plaintiff aio Wireless LLC and Defendant filed a Joint Motion and Stipulation for Entry of Order Temporarily Staying Case in the District of Colorado. The Joint Motion and Stipulation and proposed order entered in the Colorado case is attached hereto as **Exhibit A**.

1

                                                     Respectfully submitted,

DATED: July 11, 2013          s/ Kelly L. Whitehart

                                       Kelly L. Whitehart
                                       GA Bar No. 755447
                                       MILLER & MARTIN, PLLC
                                       1170 Peachtree Street, N.E.
                                       Suite 800
                                       Atlanta, GA  30309-7706
                                       Telephone: (404) 962-6100
                                       Fax: (404) 962-6300
                                       Email: kwhitehart@millermartin.com

Of Counsel (*pro hac vice pending*)

                                       Edward T. Lyons, Jr.
                                       elyons@joneskeller.com
                                       Daniel A. Wartell
                                       dwartell@joneskeller.com
                                       Aaron D. Goldhamer
                                       agoldhamer@joneskeller.com
                                       JONES & KELLER, P.C.
                                       1999 Broadway, Suite 3150
                                       Denver, CO  80202
                                       Telephone: (303) 573-1600
                                       Fax: (303) 573-8133

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing was typed in Times New Roman 14 point font with a top margin of 1.5 inches in accordance with Rule 5.1 of the Local Rules of this Court.

                                                                  s/ Kelly L. Whitehart

                                                                  Kelly L. Whitehart
                                                                  GA Bar No. 755447
                                                                  MILLER & MARTIN, PLLC
                                                                  1170 Peachtree Street, N.E.
                                                                  Suite 800
                                                                  Atlanta, GA  30309-7706
                                                                  Telephone: (404) 962-6100
                                                                  Fax: (404) 962-6300
                                                                  Email: kwhitehart@millermartin.com

## **CERTIFICATE OF SERVICE**

This is to certify that on July 11, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send e-mail documentation for such filing to the attorneys of record as follows:

    James T. Thompson (Jt039@att.com)
    Darren W. Saunders, Esq. (dsaunders@manatt.com)
    Linda Goldstein, Esq. (lgoldstein@manatt.com)
    Chad S. Hummel, Esq. (chummel@manatt.com)
    William H. Brewster, Esq. (bbrewster@kiltown.com)

                              s/ Kelly L. Whitehart

                              Kelly L. Whitehart
                              GA Bar No. 755447
                              MILLER & MARTIN, PLLC
                              1170 Peachtree Street, N.E.
                              Suite 800
                              Atlanta, GA  30309-7706
                              Telephone: (404) 962-6100
                              Fax: (404) 962-6300
                              Email: kwhitehart@millermartin.com