# ATTACHMENT 3
# Email From AIO's Counsel to Plaintiffs' Counsel

| | |
|---|---|
| *From:* | Ed Lyons |
| *Sent:* | Mon 6/24/2013 02:05 PM |
| *Rcvd:* | Mon 6/24/2013 02:05 PM |
| *To:* | dsaunders@manatt.com |
| *CC:* | Brad Hamilton (bhamilton@joneskeller.com); Dan Wartell (dwartell@joneskeller.com); Aaron Goldhamer |
| *BCC:* | |
| *Subject:* | aioTV Inc. v. Aio Wireless LLC |

===========================================

Dear Mr. Saunders:

By way of introduction, since we have not previously communicated, I am the lead attorney representing aioTV Inc. in the subject federal district court action in Colorado, and will shortly be appearing in a similar role, together with local counsel, in moving to dismiss AT&T'S declaratory judgment action in Georgia for lack of jurisdiction and on other grounds. My purpose in contacting you at this time is to propose a simple way of resolving some of the threshold procedural issues that have arisen and - given AT&T's recent motion seeking an injunction in Georgia to prohibit aioTV from prosecuting the Colorado action - are needlessly multiplying.

The easy solution, I believe, is for the parties to stipulate to the entry of an order by the Colorado court staying all further proceedings in the Colorado action pending the Georgia court's determination of its jurisdiction to proceed, and for AT&T to withdraw its motion for an injunction in the Georgia action, which would be moot. This would avoid a lot of unnecessary expense for all concerned and conserve valuable judicial resources, since in the final analysis the initial decision of whether the litigation will proceed in Georgia or Colorado will have to be made by the Georgia court.

If you concur with the concept, I will draft a proposed stipulation for your review and approval.

Cordially,

Ed Lyons

Description: Description: Description: Description: Yellow Bar

Description: Description: Description: Description: JONES&KELLER

**Edward T. Lyons, Jr**

Attorney at Law

1999 Broadway, Suite 3150
Denver, Colorado 80202
P: 303.573.1600 | F: 303.573.8133

**JONES&KELLER, P.C.**
elyons@joneskeller.com
www.joneskeller.com

**NOTICE:** THIS E-MAIL AND ANY ATTACHED DOCUMENTS MAY CONTAIN PROVISIONS CONCERNING A FEDERAL TAX ISSUE OR ISSUES AND ARE NOT INTENDED TO BE USED, AND MAY NOT BE USED, BY ANY TAXPAYER FOR THE PURPOSES OF AVOIDING PENALTIES THAT MAY BE IMPOSED ON ANY TAXPAYER BY THE INTERNAL REVENUE SERVICE. FOR INFORMATION ABOUT THIS STATEMENT, CONTACT JONES & KELLER, P.C. The foregoing legend has been attached pursuant to U.S. Treasury Regulations governing tax practice.

**CONFIDENTIALITY NOTICE**

This electronic mail transmission and any attachments contain information belonging to the sender which may be confidential, privileged and exempt from disclosure under applicable law. This information is intended only for the use of

the individual or entity to whom this electronic mail transmission is addressed. If you are not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken or not taken in reliance on the contents of the information contained in this transmission is strictly prohibited. If you have received this transmission in error, please immediately inform me by "reply" e-mail and delete the message in its entirety.  Thank you.