# ATTACHMENT 4
## July 8, 2013 Letter From AIO's Counsel to Plaintiffs' Counsel

# JONES & KELLER
—— ATTORNEYS AT LAW ——

EDWARD T. LYONS, JR.
Attorney at Law

elyons@joneskeller.com

<u>Via Email and U.S. Mail</u>

July 8, 2013

bbrewster@kiltown.com
William H. Brewster, Esq.
Kilpatrick Townsend & Stockton
1100 Peachtree Street, Ste 2800
Atlanta, GA 30309

dsaunders@manatt.com
Darren W. Saunders, Esq.
Manatt, Phelps & Phillips LLP
7 Times Square
New York, New York 10036

Lgoldstein@manatt.com
Linda A. Goldstein, Esq.
Manatt, Phelps & Phillips LLP
7 Times Square
New York, New York 10036

    Re:    *AT&T Intellectual Property II, L.P. and Aio Wireless LLC v. aioTV Inc.*
            U.S. Dist. Ct. NDGA; Civil Action No. 13-cv-1901-JOF

Dear Counsel:

      This letter constitutes a written demand on behalf of Defendant aioTV Inc. that you immediately withdraw the Plaintiffs' Motion to Enjoin Defendant aioTV Inc. from Prosecuting Second-Filed Acton in the District of Colorado, filed in the above-referenced case on June 19, 2013 (the "Motion"). We had previously requested that you withdraw the Motion during the telephone conference call between us on June 27, 2013, when we agreed to stipulate to a stay of the so-called "Second-Filed Acton." Not only did you refuse to withdraw the motion, but after at that time agreeing to extend the time for aioTV Inc. to respond to the Motion until July 22, 2013, you repudiated that agreement last week and consented to an extension of time only through July 12, 2013.

      In the meantime, a Joint Motion and Stipulation for the entry of an order to temporarily stay the "Second-Filed Action" (the "Stipulation") has been now been duly executed on behalf of the parties and filed in the Colorado case. Our client will honor the Stipulation, which in itself renders your request for an injunction moot. More importantly, as Judge Forrester pointed out in *Blessing v. Norman*, 646 F.Supp. 82, 85 (N.D. Ga. 1986), "the pendency of [aioTV's] motion to dismiss prevents this court from enjoining [aioTV's] continued prosecution of [its] claim in

{JK00493773.1}

JONES & KELLER, P.C. | 1999 BROADWAY, SUITE 3150 | DENVER, COLORADO 80202
P: 303 573 1600   F: 303 573 8133 | WWW.JONESKELLER.COM

To Messrs. Brewster and Saunders and Ms. Goldstein
Re: *AT&T INTELLECTUAL PROPERTY II, L.P.*
 *and AIO WIRELESS LLC v. AIOTV INC.*
July 8, 2013
Page 2


[Colorado]. This court cannot act to restrain [aioTV] personally if it is without personal jurisdiction over defendant [aioTV]."

In the circumstances, we can only view your continued pursuit of the Motion as an unreasonable and vexatious multiplying of proceedings in violation of 28 U.S.C. § 1927, for which we will seek appropriate relief as provided in the statute.

Very truly yours,

Edward T. Lyons, Jr.

ETL:rkm

cc: Kelly L. Whitehart, Esq.
    Mike Earle, aioTV Inc.