# ATTACHMENT 5
# Order Entered May 8, 1998

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 96-3670-CIV-GOLD

SUPREME INTERNATIONAL
CORPORATION, a corporation,

    Plaintiff,

vs.

ANHEAUSER-BUSCH, INCORPORATED,
a corporation,

    Defendant.
_____/



## ORDER VACATING ORDER CLOSING CASE

THIS CAUSE came before the Court upon plaintiff's motion to reopen the above-styled cause.

On September 22, 1997, this Court closed this case, providing the parties with leave to reopen "... upon proper motion by the parties within ten (10) days of receiving the disposition of the Motion to Dismiss in <u>Anheuser-Busch Incorporated v. Supreme International, etc.</u>, No. 96-CIV-02459 TCM (E.D. Mo.)." Plaintiff has timely moved to reopen the case after United States District Judge George F. Gunn, Jr., Senior District Judge of the Eastern District of Missouri, granted plaintiff's motion to dismiss the Missouri action.

Defendant opposes plaintiff's motion, contending that this Court should abstain until the Eighth Circuit Court of Appeals rules on its appeal of Judge Gunn's order. In light of the language in this Court's Order administratively closing this matter, and that in Judge Davis's original Order staying discovery, as well as the fact that proceeding with discovery will not prejudice defendant, it is

43 #

**ORDERED AND ADJUDGED** that plaintiff's motion to reopen these proceedings [D.E. #38] be, and it is hereby GRANTED. The stay of this case is VACATED. It is further

**ORDERED AND ADJUDGED** that this Court's order closing this action [D.E. #37] be, and it is hereby VACATED.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 5 day of May, 1998.

_____
ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

copies furnished:

Mercer K. Clarke
Spencer H. Silverglate
100 North Biscayne Boulevard, #2401
Miami, Florida 33132

Virginia Easley Johnson
Broad and Cassel
201 South Biscayne Boulevard
Suite 3000
Miami, Florida 33131

Aaron S. Podhurst
Podhurst, Orseck, Josefsberg, Eaton,
Meadow, Olin & Perwin, P.A.
25 West Flagler Street, Suite 800
Miami, Florida 33130

Lawrence Kill, Esq.
Anderson, Kill & Olick, P.C.
1251 Avenue of the Americas
New York, New York 1002-1182