# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| AT&T INTELLECTUAL PROPERTY II, L.P., and AIO WIRELESS LLC, § § § | |
| Plaintiffs, § § | Civil Action No. 1:13-cv-1901-JOF |
| v. § | |
| AIOTV, INC. § § § | |
| Defendant. § § § § | |

## PLAINTIFFS' MOTION FOR LEAVE
## TO CONDUCT LIMITED JURISDICTIONAL DISCOVERY
## PRIOR TO RESPONDING TO MOTION TO DISMISS

Pliaintiffs, AT&T Intellectual Property II, L.P. and Aio Wireless, LLC respectfully move this Court for leave to conduct limited jurisdictional discovery prior to responding to Defendant's Motion to Dismiss Pursuant to Rule 12(b)(2) and (b)(3), Fed. R. Civ. P. Or, Alternatively, Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a), and an extension of the deadline to oppose the same until Plaintiffs' have had an opportunity to complete this limited discovery.

In support of this motion, Plaintiffs rely on the accompanying Memorandum of Law and declaration of Darren W. Saunders, Esq. with all exhibits thereto, and its Reply.

Respectfully submitted,

Dated:  July 12, 2013

s/William H. Brewster
William H. Brewster
Georgia Bar No. 080422
Kilpatrick Townsend & Stockton
1100 Peachtree Street, Ste. 2800
Atlanta, Georgia  30309
Telephone:  (404) 815-6500
Facsimile:  (404) 815-6555
Email: bbrewster@kilpatricktownsend.com

Of Counsel:

Darren W. Saunders, Esq. (Pro Hac Vice to be filed)
Linda A. Goldstein, Esq. (Pro Hac Vice to be filed)
Manatt, Phelps & Phillips LLP
7 Times Square
New York, New York 10036
Telephone:  (212) 790-4500
Facsimile:   (212) 790-4545
Email:       dsaunders@manatt.com
Email:       lgoldstein@manatt.com

2

Chad S. Hummel, Esq. (Pro Hac Vice to be filed)
Manatt, Phelps & Phillips LLP
11355 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: (310) 312-4000
Facsimile: (310) 312-4224
Email: chummel@manatt.com
*Attorneys for Plaintiffs*
**AT&T INTELLECTUAL PROPERTY II, L.P. and AIO WIRELESS LLC**

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing was typed in Times New Roman 14 point font with a top margin of 1.5 inches in accordance with Rule 5.1 of the Local Rules of this Court.

                                        s/William H. Brewster
                                        William H. Brewster
                                        Georgia Bar No. 080422
                                        Kilpatrick Townsend & Stockton
                                        1100 Peachtree Street, Ste. 2800
                                        Atlanta, Georgia  30309
                                        Telephone:  (404) 815-6500
                                        Facsimile:  (404) 815-6555
                                        Email: bbrewster@kilpatricktownsend.com

## **CERTIFICATE OF SERVICE**

This is to certify that on July 12, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send e-mail documentation for such filing to the attorneys of record, and that I caused service of the foregoing document upon counsel for Defendant aioTV, Inc. by dispatching the same via first class mail, postage prepaid, on July 12, 2013 at the following address:

>Edward T. Lyons, Jr.
>Daniel A. Wartell
>Aaron D. Goldhamer
>Jones & Keller, P.C.
>1999 Broadway, Suite 3150
>Denver, CO 80202
>
>Kelly L. Whitehart
>Morris Manning & Martin LLP
>1600 Atlanta Financial Center
>3343 Peachtree Road NE
>Atlanta, GA 30326-1044

>s/William H. Brewster
>William H. Brewster
>Georgia Bar No. 080422
>Kilpatrick Townsend & Stockton
>1100 Peachtree Street, Ste. 2800
>Atlanta, Georgia  30309
>Telephone:  (404) 815-6500
>Facsimile:  (404) 815-6555
>Email: bbrewster@kilpatricktownsend.com