UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AT&T INTELLECTUAL PROPERTY II, L.P., and AIO WIRELESS LLC, <br><br> Plaintiffs, <br><br> v. <br><br> AIOTV INC. <br><br> Defendant. | ) <br> ) <br> ) <br> ) Civil Action <br> ) No. 1:13-cv-1901-JOF <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

(1)   The undersigned counsel of record for a party to this action certify that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

Plaintiffs:   AT&T INTELLECTUAL PROPERTY II, L.P. and AIO WIRELESS LLC

Defendant:  aioTV Inc.

Defendant aioTV Inc. is owned by multiple shareholders, one of which, UTStarcom Hong Kong Investment Holding LTD. Owns Series B Preferred shares

11079375v1  07777-1224

in aioTV comprising more than 10% of aioTV's stock. UTStarcom Hong Kong Investment Holding LTD is a wholly-owned subsidiary of UTStarcom Holdings Corp., which is a publicly held entity.

In addition, Province of Nova Scotia Nova Scotia Innovation Corporation owns series A Preferred shares in aioTV, comprising more than 10% of aioTV's stock. Province of Nova Scotia Nova Scotia Innovation Corporation is wholly owned by the Province of Nova Scotia, Canada, pursuant to the Innovation Corporation Act 1995.

(2) The undersigned further certify that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

N/A

(3) The undersigned further certify that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

**Plaintiffs**
William H. Brewster
Georgia Bar No. 080422
Kilpatrick Townsend & Stockton
1100 Peachtree Street, Ste. 2800
Atlanta, Georgia 30309
Telephone: (404) 815-6500

Facsimile: (404) 815-6555
Email: bbrewster@kiltown.com

Darren W. Saunders, Esq. (Pro Hac Vice to be filed)
Linda A. Goldstein, Esq. (Pro Hac Vice to be filed)
Manatt, Phelps & Phillips **LLP**
7 Times Square
New York, New York 10036
Telephone: (212) 790-4500
Facsimile: (212) 790-4545
Email: dsaunders@manatt.com
Email: lgoldstein@manatt.com

Chad S. Hummel, Esq. (Pro Hac Vice to be filed)
Manatt, Phelps & Phillips LLP
11355 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: (310) 312-4000
Facsimile: (310) 312-4224
Email: chummel@manatt.com

**Defendant**
Kelly L. Whitehart
GA Bar No. 755447
MILLER & MARTIN, PLLC
1170 Peachtree Street, N.E. #800
Atlanta, GA 30309-7706
Telephone: (404) 962-6100
Fax: (404) 962-6300
Email: kwhitehart@millermartin.com

Edward T. Lyons, Jr. (*pro hac vice pending*)
elyons@joneskeller.com
Daniel A. Wartell (*pro hac vice pending*)
dwartell@joneskeller.com
Aaron D. Goldhamer (*pro hac vice pending*)
agoldhamer@joneskeller.com

JONES & KELLER, P.C.
1999 Broadway, Suite 3150
Denver, CO 80202
Telephone: (303) 573-1600
Fax: (303) 573-8133


Submitted this 15th day of July, 2013.

                                MILLER & MARTIN PLLC

                                /s/ Kelly L. Whitehart
                                Kelly L. Whitehart
                                GA Bar No. 755447
                                MILLER & MARTIN, PLLC
                                1170 Peachtree Street, N.E. #800
                                Atlanta, GA 30309-7706
                                Telephone: (404) 962-6100
                                Fax: (404) 962-6300
                                Email: kwhitehart@millermartin.com

Of Counsel (*pro hac vice pending*)
Edward T. Lyons, Jr.
elyons@joneskeller.com
Daniel A. Wartell
dwartell@joneskeller.com
Aaron D. Goldhamer
agoldhamer@joneskeller.com
JONES & KELLER, P.C.
1999 Broadway, Suite 3150
Denver, CO 80202
Telephone: (303) 573-1600
Fax: (303) 573-8133

11079375v1 07777-1224

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2013, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail and/or facsimile. Parties may access this filing through the Court's electronic filing system.

By: /s/ Kelly L. Whitehart

11079375v1  07777-1224