# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 13-cv-01493-PAB-KLM

AIOTV INC.,

      Plaintiff,

v.

AIO WIRELESS, LLC,

      Defendant.

---

## ORDER

---

      This matter is before the Court on the Joint Motion and Stipulation for Entry of Order Temporarily Staying Case [Docket No. 20] filed by plaintiff AioTV Inc. and defendant Aio Wireless, LLC.  In their motion, the parties request that the Court enter an order staying this case until the resolution of a related case between the parties.  *See AT&T Intellectual Property II, L.P. and AIO Wireless, LLC v. aioTV, Inc.*, No. 13-cv-1901 (N.D. Ga. 2013).  In support, the parties state that, because the issues in the two cases overlap substantially, a stay of this case, pending resolution of the Georgia action, serves the public interest by conserving judicial resources.  Docket No. 20 at 3.

      Given that the motion is stipulated, a stay will not prejudice either party, and the claims at issue in this case are substantially intertwined with those in the Georgia action, the Court finds that a stay of this case is appropriate.  However, instead of a stay, the Court will administratively close this case subject to reopening for good cause pursuant to D.C.COLO.LCivR. 41.2.  Administrative closure is appropriate here

because the Court will stay the entire action and the length of time to complete the

Georgia matter is unknown.  *See Lehman v. Revolution Portfolio LLC*, 166 F.3d 389,

392 (1st Cir. 1999) (noting that "an administrative closing has no effect other than to

remove a case from the court's active docket and . . . d[oes] not terminate the

underlying case, but, rather, place[s] it in inactive status until such time as the judge, in

his discretion or at the request of a party, cho[o]se[s] either to reactivate it or to dispose

of it with finality").

      Accordingly, it is

      **ORDERED** that the Joint Motion and Stipulation for Entry of Order Temporarily

Staying Case [Docket No. 20] is **GRANTED**.  It is further

      **ORDERED** that this case shall be administratively closed pursuant to

D.C.COLO.LCivR. 41.2.  Either party may seek to reopen this matter for good cause,

such as a final decision in *AT&T Intellectual Property II, L.P. and AIO Wireless, LLC v.*

*aioTV, Inc.*, No. 13-cv-01901 (N.D. Ga. 2013).


      DATED July 18, 2013.

                  BY THE COURT:

                     s/Philip A. Brimmer
                     PHILIP A. BRIMMER
                     United States District Judge