UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AT&T INTELLECTUAL PROPERTY II, L.P., and AIO WIRELESS LLC, <br><br> Plaintiffs, <br><br> v. <br><br> AIOTV INC. <br><br> Defendant. | ) <br> ) <br> ) <br> ) Civil Action <br> ) No. 1:13-cv-1901-JOF <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

DEFENDANT AIOTV INC.'S RULE 5.4
CERTIFICATE OF SERVICE OF DISCOVERY

This is to certify that on August 6, 2013, Defendant aioTV Inc.'s Responses to Plaintiffs' First Set of Interrogatories and Defendant aioTV Inc.'s Responses to Plaintiffs' First Set of Requests for Documents and Things were served by email on the following counsel of record:

    Darren W. Saunders, Esq. (dsaunders@manatt.com)
    Linda Goldstein, Esq. (lgoldstein@manatt.com)
    Manatt, Phelps & Phillips LLP
    7 Times Square
    New York, NY 10036

    Chad S. Hummel, Esq. (chummel@manatt.com)
    Manatt, Phelps & Phillips LLP

11355 W. Olympic Blvd.
Los Angeles, CA 90064

William H. Brewster, Esq. (bbrewster@kiltown.com)
Kilpatrick Townsend & Stockton
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309

        Respectfully submitted,

        s/ Kelly L. Whitehart
        Kelly L. Whitehart
        GA Bar No. 755447
        MILLER & MARTIN, PLLC
        1170 Peachtree Street, N.E. #800
        Atlanta, GA 30309-7706
        Telephone: (404) 962-6100
        Fax: (404) 962-6300
        Email: kwhitehart@millermartin.com

Of Counsel (appearing pro hac vice)
Edward T. Lyons, Jr.
elyons@joneskeller.com
Daniel A. Wartell
dwartell@joneskeller.com
Aaron D. Goldhamer
agoldhamer@joneskeller.com
JONES & KELLER, P.C.
1999 Broadway, Suite 3150
Denver, CO 80202
Telephone: (303) 573-1600
Fax: (303) 573-8133

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2013, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail and/or facsimile. Parties may access this filing through the Court's electronic filing system.

                                        s/ Kelly L. Whitehart
                                        Kelly L. Whitehart
                                        GA Bar No. 755447