UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AT&T INTELLECTUAL PROPERTY II, L.P., And AIO WIRELESS LLC,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>AIOTV INC.<br><br>　　　　　　Defendant. | ) ) ) ) ) Civil Action ) No. 13-cv-1901 ) ) ) ) ) ) ) |

## SUPPLEMENTAL DECLARATION OF MICHAEL EARLE

Michael Earle submits this supplemental declaration in support of Defendant aioTV Inc.'s Memorandum of Law in Support of its Motion to Dismiss pursuant to F.R.C.P. 12(b)(2) and (b)(3) or, alternatively, Motion to Transfer Venue pursuant to 28 U.S.C. § 1404(a) (the "Motion"), and declares as follows:

　　1.　　I am the Chief Executive Officer and founder of Defendant aioTV Inc. ("AIO"), and have personal knowledge of the matters set forth in this declaration. I am the same person who submitted a declaration dated July 1, 2013, in support of AIO's Motion (the "First Declaration").

{JK00512034.2 }

**EXHIBIT A**

2. I am submitting this declaration for the purpose of clarifying the First Declaration in light of certain facts that I had overlooked in the preparation of the First Declaration.

3. Paragraph 8 of the First Declaration states that AIO "has never...negotiated or entered into a contract within Georgia...." This statement was incorrect. On October 13, 2011, AIO entered into a three-month "Trial Agreement" with CoxCom, LLC, which is located at 1400 Lake Hearn Drive, Atlanta, Georgia. This "Trial Agreement" was preceded by a related Non-Disclosure Agreement ("NDA").

4. I overlooked this "Trial Agreement" and the related NDA when making my First Declaration for several reasons, including the fact that the "Trial Agreement" was of exceptionally short duration, never resulted in any revenue to AIO, and never ripened into a full-fledged distribution agreement. The "Trial Agreement" and the NDA were also electronically maintained in a separate file folder from AIO's other contractual relationships on which I had focused when preparing my First Declaration.

5. I apologize for this oversight and any resulting confusion or inconvenience that my previous statement in paragraph 8 of my First Declaration may have caused.

I declare under penalty of perjury that the forgoing is true and correct.

Executed September 6, 2013.

Denver, Colorado

                                              Michael Earle

{JK00512034.2 }

EXHIBIT A