# EXHIBIT A
# PART 2

**aioTV** | Product | Service Providers | Applications | About Us | Contact Us

Posted on March 21, 2012 — Previous Next —

# aioTV launches aioCloud and aioPro, enabling Providers to offer a branded OTT experience in 24 hours at no cost

aioTV launches aioCloud and aioPro, enabling Providers to offer a branded OTT experience in 24 hours at no cost

Denver, CO – March 21, 2012 - aioTV announced today the availability of aioCloud, enabling service providers to deliver a branded OTT TV experience on multiple devices in 24 hours with no capital or on-going operational cost. aioTV also announced aioPro, enabling Providers to customize and integrate their licensed content as a logical follow on to aioCloud.

The new offerings enable Providers to immediately offer consumers a branded OTT experience with aioCloud. aioCloud aggregates freely available main stream video and special interest long form Internet video into a compelling consumer experience.

"The challenge for Providers is how to deliver persistent brand loyalty across all platforms in a market where people are consuming Internet video on connected devices and where broadband transport has become an invisible utility judged on price and availability," said Mike Earle, CEO of aioTV Inc. "What we've heard from Providers is they are not getting any credit for carrying Internet video traffic and that they are looking for a economically sound solution". "We challenged ourselves to deliver a branded solution within a day, to address Provider's key questions of where do I start? how do I start? and how do I do at no cost? aioCloud is the answer".

aioPro is the next step from aioCloud, giving access to powerful back office tools allowing Providers to integrate content, customize the experience and tailor the offerings.

Providers can get into the branded OTT market today by going to http://aiocloud.aio.tv to get their own OTT service now.

About aioTV Inc.
aioTV Inc. is the leading OTT cloud video aggregation platform serving customers worldwide. The company's flagship products aioCloud and aioPro are enabling platforms for service providers, consumer electronics manufactures and media companies designed to curate multiple sources of video content into a TV like experience for customers to enjoy on multiple devices. aioTV aggregates long form video content from the web (OTT) and licensed content (VOD, TV Everywhere VOD, even linear channels) into a user experience that looks like TV middleware and runs on iPad, Android tablets, PC, MAC, GoogleTV, iPhone, Android phones, Android set top boxes and Amino set top boxes.

aioTV Inc.
Jim Anderson
720.440.8066
janderson@aio-tv.com | www.aio-tv.com

This entry was posted in News by aioTV. Bookmark the permalink.



EXHIBIT 1

---

Products
aioTV

Service Providers
Getting Started

Applications
Augment versus Replace
OTT Delivery
TV Everywhere
Multi-Channel Replacement

About Us
About aioTV
News
Events
Download Data Sheet
Schedule a Demo

303.482.1140 · info@aio-tv.com

aioTV Inc (USA):
20134 East Lake Circle
Centennial, CO
80016

aioTV (Canada):
1715 Argyle Street, Suite 510
Halifax, Nova Scotia
B3J 3N6 Canada

© Copyright 2012, All rights reserved. info@aio-tv.com

About Us  Contact Us

| About Us | News | Wireless | Network | Innovation | U-verse | Business | Investor Relations | Site Map | Search |

News Release Archives

## Aio Wireless™ Announces New Nationwide Voice and Data Service

*No-annual-contract wireless provider kicks off new service with launch in first three markets*

Alpharetta, Georgia, May 09, 2013

Share: 

Today Aio Wireless announced the launch of a new nationwide wireless service for consumers interested in a first-class wireless experience at a value price, without an annual contract. Aio provides new choices, seamless customer experience, and simplified service and offerings to value-conscious customers interested in an unlimited talk/text/data plan with no annual contract.

Aio expects the service to roll out in multiple markets across the U.S. over the next year, with an initial launch today in select stores in Houston, Orlando and Tampa, and with additional stores in these three markets opening in the coming weeks. Store locations and Aio information will be available at www.aiowireless.com. Aio (pronounced "A-O") is a brand name that encapsulates Aio's brand promise: simply, delightfully, more.

"We talked with no-annual-contract customers and created our service around what they want. They want simple, easy plan choices with unlimited offers; first-class service at affordable prices; great devices; nationwide voice and data coverage; and no annual contracts. Today's wireless customers don't want to compromise," said Jennifer Van Buskirk, president of Aio Wireless. "We are set up to win over value-conscious customers who are increasingly moving towards smartphones and mobile broadband."

Aio makes prepaid wireless easy for customers with a friendly in-store and on-line experience, three simple rate plans to choose from, and an attractive portfolio of devices that include smartphones, tablets, and feature phones from a variety of manufacturers, including Samsung, Nokia, ZTE and others. Aio's unlimited talk, text, and data rate plans range from $35 to $70 per month, with pricing varying by market, and will offer 4G download speeds of up to 4Mbs per second. Customers will also have the opportunity to bring a compatible, unlocked device for activation on the Aio network. Aio will delight customers with an attitude of gratitude, easy pre-payment options, and an involvement in the local communities in which we serve.

Aio Wireless is a subsidiary of AT&T Inc. (NYSE:T). AT&T does not expect this announcement to change AT&T's January 2013 financial guidance.

*Aio's plan pricing includes applicable state and local taxes, and fees. Each unlimited plan includes a pre-established amount of high speed data access, and service is subject to Aio's Terms and Conditions of Service and Unreasonable Use Policy. Coverage and services are not available everywhere. Restrictions apply. © 2013 Aio Wireless LLC. All rights reserved. Aio, Aio Wireless and the Aio logo are trademarks of Aio Wireless LLC.*

### About Aio Wireless

Aio Wireless (pronounced A-O) was created for today's value-conscious connected consumers who want it all. We created a new class of service for individuals who expect a first class wireless service at a value price - one with no-annual contract, friendly service, uncomplicated plans and the mobile phones and tablets you love. All of Aio's phone plans include unlimited talk, text and data, with taxes and fees included - the price you see is the price you pay. Aio Wireless is a subsidiary of AT&T Inc. Visit www.aiowireless.com to find out more.

### Cautionary Language Concerning Forward-Looking Statements

*Information set forth in this news release contains financial estimates and other forward-looking statements that are subject to risks and uncertainties, and actual results may differ materially. A discussion of factors that may affect future results is contained in AT&T's filings with the Securities and Exchange Commission. AT&T disclaims any obligation to update or revise statements contained in this news release based on new information or otherwise.*

**News Sources**

About Us
RSS News Releases
RSS Podcasts
AT&T news

**Tags**

financial



EXHIBIT 2





**From:** Dannehl, Matt (Matt) [mailto:matt.dannehl@alcatel-lucent.com]
**Sent:** Friday, May 10, 2013 7:39 AM
**To:** Mike Earle; Chuck Correll
**Subject:** branching out ?

### AT&T launches new prepaid service under 'Aio Wireless' brand.

AT&T Mobility launched a new prepaid brand, Aio Wireless, promising a simplified, no-contract experience and opening up a new front in the prepaid battle with Verizon Wireless, Sprint Nextel and T-Mobile US.
*Fierce Wireless, May 9 2013 5:10PM*

Mike and Chuck
I am assuming this is not connected to AIO and AT&T somehow has copied your name, but with adding "wireless" avoids a lawsuit ?

Hope everything is going well and I hope to wrap up a new path I am pursuing within the next couple weeks and we can touch base on prospects.

Thanks,
Matt





# FIERCEONLINEVIDEO PRESENTS
## CONNECTED TVs:
### OPPORTUNITY & UNANSWERED QUESTIONS ABOUT THE FUTURE

**executive breakfast**

| 04.17.12 | 7:00 – 8:45 AM | RENAISSANCE LAS VEGAS HOTEL |

**SPONSORED BY**

*Gold Sponsor*

kitdigital

*Silver Sponsors*

NDS

**HOSTED BY**
FierceVIDEO ONLINE
THE WORLD OF ONLINE VIDEO

Connected TVs will provide service providers, advertisers and content owners deeper analytics than those that are available now. They've helped to create a new outlet for developers whose apps are finding easier entry into consumers' homes through the television set.

And, as this year's CES demonstrated, they look to be one of the hottest CE devices coming to market. In fact, new research from The Diffusion Group suggests that 78 percent of new TV buyers are likely to purchase connected TVs.

FierceOnlineVideo Editor, Jim O'Neill hosted an exclusive executive breakfast at NAB and sat down with top industry executives from Turner Broadcasting, Fox Broadcasting, Google TV, UFC, AT&T, and KIT Digital to discuss the questions that have been left unanswered. Some of the topics discussed include:

- Will there be set-top boxes in the future?
- Will content go directly to consumers over the top, relegating service providers to the role of big pipes? Or will SPs find a way to maintain their customer relationship?
- Will sports programming, which has been a fatted cow for service providers and broadcasters alike, join the revolution and deliver their product directly to viewers for a fee?
- Will CE manufacturers, content owners or some other segment benefit the most from the estimated 138 million connected TVs expected to ship in 2015?

The unique format of the event provided attendees with an opportunity chance to hear what top industry executives really had to say in an uncensored environment.

If you are interested in future Fierce events, please check our website.

## SPEAKERS

**Don Lobeda,**
VP Advanced Video,
Turner Broadcasting

**Hardie Tankersley,**
VP, Innovation,
Fox Broadcasting

**Irv Kalick,**
Principal, Business
Development Group,
Google TV

**Christy King,**
VP Digital
Technology Research
& Development
Ultimate Fighting
Championships®

**GW Shaw,**
Assistant VP
of U-verse, AT&T

**Alex Blum,**
Chief Operating
Officer, KIT Digital

**Jim O'Neill,**
Editor,
FierceOnlineVideo

EXHIBIT 6



# JONES & KELLER
— ATTORNEYS AT LAW —

BRAD H. HAMILTON                                             BHAMILTON@JONESKELLER.COM

May 13, 2013

AT&T Intellectual Property II, L.P.
645 East Plumb Lane
Reno, Nevada 89502

C/O

David J. Cho
AT&T Services, Inc.
208 S. Akard St.
Dallas, TX 75202-4206

Via Email: david.cho@att.com

Dear Mr. Cho:

      Re: aioTV Inc.'s "AIO" Trademarks

      We represent aioTV, Inc. ("**AIO**") owner of the "aio", "aioTV," "aio pro," "aio basic," "aio cloud," and related trademarks and service marks. AIO has been conducting business throughout North America using the "aio", "aioTV", "MYaio" and similar marks since at least early 2010, in the IPTV and wireless data business.

      A few days ago, AT&T launched "aio wireless", using the "aio" mark in a confusingly similar line of business, and in a manner that is clearly confusing to AIO's brand and trademark rights. AT&T is well aware of my client's "aio" mark. AIO began offering its services under the "aio" brand in early 2010, and did an industry launch at the 2010 TelcoTV convention, where AT&T had a substantial presence and Steven Wright, Chair, IPTV Interoperability Forum ATIS, AT&T Network Architecture was a key note speaker on "IPTV Innovation, Investment, Standards and Interoperability." AIO demonstrated its services to Tom Sauer and Jeff Weber of AT&T in 2010, and had ongoing discussions with Tom Sauer in 2010. AIO executives have shared panels with AT&T executives at various industry events such as TelcoTV.

      AIO's brand and service offerings have ranked high on the first page of Google® and other Internet search engines for two years; prior to AT&T's "aio wireless" launch, an Internet search for "aio" always returned my client as the top result. I assume that AT&T conducted a trademark search through Thomson Reuters or another service before filing USPTO applications Nos. 85773612, 85738188, 85718159, & 85773608 for various "aio" marks, which would have notified you of AIO's rights in the "aio" marks.

JONES & KELLER, P.C. | 1999 BROADWAY, SUITE 3150 | DENVER, COLORAD[O]
P: 303 573 1600 | F: 303 573 8133 | WWW.JONESKELLER.COM

EXHIBIT 7

AT&T/David Cho
May 13, 2013
Page 2 of 2

    Moreover, AT&T has launched a website at www.aiowireless.com that copies the look and feel of AIO's website (prior to a recent change). See Attachment 1.

    AT&T has also launched "My AIO," while AIO has been using the "MYaio" mark for a couple of years. See Attachment 2. It appears that AT&T is also launching a number of services under the "aio" brand "Aio Pro," "Aio Smart," and "Aio Basic." My client already uses "aioTV," "aioCLOUD," "aioPRO," and "aioBASIC." See Attachment 3. Naturally, this will cause severe consumer confusion.

    Since our clients are sophisticated and represented by counsel I will dispense with the usual case and statute citations and other "cease and desist" form-letter demands. However, it is probably a requirement that I request, on behalf of aioTV Inc., that AT&T cease and desist any further use of the "aio" mark, and notify you that AT&T's use of the identical trademark in connection with nearly the same goods and services that are offered by AIO under its "aio" marks constitutes trademark infringement, false designation of origin, and unfair competition in violation of the federal Trademark Act of 1946 (Lanham Act), 15 U.S.C. Section 1051 et seq.

    I suggest AT&T counsel contact the undersigned as soon as possible so that we can understand AT&T's thinking on these marks, and see if this matter can be resolved.

                                              Sincerely,

                                              JONES & KELLER, P.C.

                                              Brad H. Hamilton

                                              Brad H. Hamilton



## ATTACHMENT 1





**ATTACHMENT 2**



