# EXHIBIT B

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| AT&T INTELLECTUAL PROPERTY II, L.P., and AIO WIRELESS LLC, | § § § | |
| *Plaintiffs,* | § § § | Civil Action No. 1:13-cv-1901-JOF |
| *v.* | § | |
| AIOTV, INC. | § § § | |
| *Defendant.* | § § § § § | |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO CONDUCT LIMITED JURISDICTIONAL DISCOVERY PRIOR TO RESPONDING TO MOTION TO DISMISS

THIS MATTER, having come before the Court on Plaintiffs' Motion for

Motion For Leave To Conduct Limited Jurisdictional Discovery, and the Court

having reviewed Plaintiff's Motion and supporting papers, the ~~Response and Reply~~

~~thereto and the parties arguments presented there~~in, the Motion is hereby

**GRANTED.**

1

**IT IS FURTHER ORDERED THAT:**

(i) Defendant shall respond to Plaintiffs' Interrogatories and Document Requests within twenty-one (21) days from the date of this Order;

(ii) Defendant shall produce Michael Earle for a deposition between thirty (30) and forty-five (45) days from the date of this Order; and

(iii) Plaintiffs shall file and serve their Opposition to Defendant's Motion to Dismiss Pursuant to F.R.C.P. 12(b)(2) and (b)(3) Or, Alternatively, Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) within sixty (60) days from the date of this Order.

**SO ORDERED.**

July /6, 2013

_____
J. OWEN FORRESTER
UNITED STATES DISTRICT COURT
JUDGE

2