# EXHIBIT C

# SOUTHEAST PRIVATE INVESTIGATIONS, LLC

SPI was contacted by the law firm of Manatt, Phelps & Phillips, LLP and asked to conduct an investigation into the accessibility of aioTV applications in the state of Georgia. Direction was given to explore the various media devices that would allow use of the aioTV program and the extent of programing that could be accessed through the software. Research of the various aioTV applications began on July 22nd, 2013. Below are the results of the investigation.

1 -   *Account access:*

   There are two options for accessing the aioTV website. The first is to login as a guest user. This method does not require you to enter a login name or password. However, as soon as the website's home page opens, you are asked via a pop-up box, "Would you like to share your location with aioTV?" The three options to answer are 1) Always share my location, 2) Never share my location, and 3) Not now.

   The second method to access the website is to create a user account by entering a user name, password and an email address. You then have access to the aioTV home page and you get the same pop-up box asking if you will share your location. The same three options for sharing your location are available that were listed above.

   A user account was opened on the aioTV home page located at the web address http://aio.tv/portal/home.php. This was done from a desktop computer in the city of Loganville, Georgia. It was very easy to establish a user account with no restrictions or warnings given regarding users in Georgia. All content offered through aioTV was viewable by a user in Georgia. The search program, while limited, would allow for various programing to be viewed. I also entered the website as a guest user in order to compare accessibility. All the same viewing options were available to a guest user that were available to someone that creates an account. Also, it made no difference if you chose to share your location with aioTV or not, full access was still available to the website.

2 -   *Accessing aioTV on Apple Products:*

   An Apple iPhone was used to search the Apple Store for an aioTV app. There was no app available for the program. A search was then conducted on google.com for "aioTV" and the only one found was a Google Play app, which is for Android based operating systems.

Southeast Private Investigations, LLC
4132 Atlanta Highway, Suite 110-181
Loganville, Georgia  30052
GA License #PDC002574

Local: (678) 910-4410
Fax: (770) 466-6945
southeastpi@hotmail.com

# SOUTHEAST PRIVATE INVESTIGATIONS, LLC

Further research found instructions for linking the aioTV app to any Apple device. When these instructions were followed on the iPhone, a "shortcut" was added to the phone that resembles any other app. In reality, it was a shortcut that opened the internet browser and displayed the same login screen that is seen on a computer.

The aioTV "app" performed exactly the same as the above research done on the desktop computer. No limitations were seen with regard to content due to the program being used in the state of Georgia or on an Apple device.

3 -   *Accessing aioTV through Google TV:*

AioTV promotes themselves as being available through Google TV. A Vizio Co-Star Stream Player was used in order to access Google TV on a television in Loganville, Georgia. Through this device, aioTV was able to be accessed without difficulty. Once the app icon was selected, the user was taken directly to the login screen for aioTV, where the pre-established ID and password was used to access the program. The process and accessibility were exactly the same as that of the Desktop and Apple device. The Google TV device essentially turns your television into a large computer monitor and allows you to access your internet. While accessing aioTV through Google TV, there were no limits to the access of content due to the user being located in the state of Georgia.

4 -   *User restrictions in the state of Georgia:*

There are no restrictions or limitations placed on users from the state of Georgia that could be found during this investigation. The aioTV home page and the corporate web page were both researched in order to determine if any "Terms and Conditions" indicated limited access for users in Georgia. Not only could no restrictions be found, but there are no "Terms and Conditions" of use on either website. Based on my experiences as described in paragraph's one through three above I conclude that anyone, including residents of the state of Georgia can create a user name and password. Thereafter, that person will be able to view the video clips, television shows, movies, and any other content offered on aioTV's website.

Scott Stump
Southeast Private Investigations, LLC

---

Southeast Private Investigations, LLC
4132 Atlanta Highway, Suite 110-181
Loganville, Georgia  30052
GA License #PDC002574

Local: (678) 910-4410
Fax: (770) 466-6945
southeastpi@hotmail.com