# EXHIBIT G

**From:** Hummel, Chad
**Sent:** Friday, August 30, 2013 9:50 AM
**To:** 'Ed Lyons'; Dan Wartell
**Cc:** Saunders, Darren
**Subject:** Aio Wireless / aioTV: Discovery

Ed and Dan: what is aioTV's position on producing any and all documents relating to its efforts to do business with Cox, as discussed in Mr. Earle's deposition? Please advise. Thanks. Chad.

Chad S. Hummel
Manatt, Phelps & Phillips LLP
11355 W. Olympic Blvd.
Los Angeles, CA 90064

(310) 312-4197
chummel@manatt.com

**CONFIDENTIALITY NOTICE:** This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply e-mail at chummel@manatt.com or by telephone at (310)312-4000, and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.