# EXHIBIT K

**From:** Renae Mesch [mailto:rmesch@joneskeller.com]
**Sent:** Thursday, September 05, 2013 9:57 AM
**To:** Hummel, Chad
**Cc:** Ed Lyons; Dan Wartell; Aaron Goldhamer
**Subject:** AT&T v. aioTV

Please see the attached executed correction page with regard to Mike Earle's deposition – as sent to Veritex Reporting Company today.

Thank you.



**JONES&KELLER**

**Renae Mesch**
Paralegal to Edward T. Lyons, Jr., Esq.

1999 Broadway, Suite 3150
Denver, Colorado 80202
P: 303.573.1600 |F: 303.573.8133

**JONES&KELLER, P.C.**

rmesch@joneskeller.com

NOTICE:  THIS E-MAIL AND ANY ATTACHED DOCUMENTS MAY CONTAIN PROVISIONS CONCERNING A FEDERAL TAX ISSUE OR ISSUES AND ARE NOT INTENDED TO BE USED, AND MAY NOT BE USED, BY ANY TAXPAYER FOR THE PURPOSES OF AVOIDING PENALTIES THAT MAY BE IMPOSED ON ANY TAXPAYER BY THE INTERNAL REVENUE SERVICE.  FOR INFORMATION ABOUT THIS STATEMENT, CONTACT JONES & KELLER, P.C.  (The foregoing legend has been attached pursuant to U.S. Treasury Regulations governing tax practice.)

**CONFIDENTIALITY NOTICE**

This electronic mail transmission and any attachments contain information belonging to the sender which may be confidential, privileged and exempt from disclosure under applicable law.  This information is intended only for the use of the individual or entity to whom this electronic mail transmission is addressed.  If you are not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken or not taken in reliance on the contents of the information contained in this transmission is strictly prohibited.  If you have received this transmission in error, please immediately inform me by "reply" e-mail and delete the message in its entirety. Thank you.

HIGHLY CONFIDENTIAL
OUTSIDE ATTORNEYS' EYES ONLY

Page 94

**ACKNOWLEDGEMENT OF DEPONENT**

1      I, Michael Earle, do hereby certify that I have read the foregoing transcript of my

2    testimony, and further certify that it is a true and accurate record of my testimony (with the

3    exception of the corrections listed below):

4    <u>Page</u>  <u>Line</u>        <u>Correction</u>

5    89    12    No    aioTV had a three-month "Trial Agreement" with Cox Communications that expired in Jan. 2012 and resulted in no income to aioTV.

Michael Earle

12    SUBSCRIBED AND SWORN TO BEFORE ME THIS 4th DAY OF SEPTEMBER, 2013.

(NOTARY PUBLIC)        March 16, 2014

MY COMMISSION EXPIRES

VERITEXT REPORTING COMPANY
www.veritext.com

212-267-6868                  516-608-2400

{JK00510898.1 }