# Exhibit Q

Declaration of Chad S. Hummel dated September 16, 2013

*AT&T Intellectual Prop. et al. v. AIOTV, Inc.*
1:13-cv-1901-JOF

CONFIDENTIAL – FILED UNDER SEAL