# EXHIBIT R



Home                                                                                                          Edit Account | Log Out

## GOOGLE INC. Control Number: 0346650

**Main** | Reports | Officers | Filing History

### Entity Info

**Entity Id**   223910

### Key Indicators

| | |
|---|---|
| **Model Type** | Corporation |
| **Locale** | Foreign |
| **Qualifier** | For-Profit |
| **Business Name** | GOOGLE INC. |
| **Registration Date** | 8/28/2003 |
| **Entity Status** | Active/Compliance |
| **Entity Status Date** | 4/04/2013 |
| **Foreign Name** | |
| **Date of Organization** | |
| **State** | Delaware |
| **Country** | |

### Principal Office Address

PRINCIPAL
- **Line1**   1600 Amphitheatre Parkway
- **Line2**

**City** Mountain View   **State** California   **Zip** 94043

### Agent

**Is non-commercial Registered Agent?**   Yes
**Name**   CORPORATION SERVICE COMPANY

**Address**
- **Line1**   40 TECHNOLOGY PARKWAY SOUTHSUITE 300
- **Line2**

**City** NORCROSS   **State** Georgia   **Zip** 30092
**Email**

### Previous Names

| Name Changed From | Name Changed To | Surviving Entity Id | Cancelled Entity Id | Effective Date | Due Date | File Number | Actions |
|---|---|---|---|---|---|---|---|
| | | | No Miscellaneous Filings were found. | | | | |

15