# EXHIBIT S

Google locations - Company - Google



# Company

Skip to content

# Google locations

We've come a long way from the dorm room and the garage. We moved into our headquarters in Mountain View, California—better known as the Googleplex—in 2004. Today Google has more than 70 offices in more than 40 countries around the globe.

Though no two Google offices are the same, visitors to any office can expect to find a few common features: murals and decorations expressing local personality; Googlers sharing cubes, yurts and "huddles"; video games, pool tables and pianos; cafes and "microkitchens" stocked with healthy food; and good old fashioned whiteboards for spur-of-the-moment brainstorming.

Interested in working in one of these locations? We're always looking for great people.

# United States

**Google Inc.**
1600 Amphitheatre Parkway
Mountain View, CA 94043
Phone: +1 650-253-0000
Fax: +1 650-253-0001

**Google Ann Arbor**
201 S. Division St.
Suite 500
Ann Arbor, MI 48104
Phone: +1 734-332-6500
Fax: +1 734-332-6501

**Google Atlanta**
Millennium at Midtown
10 10th Street NE

Suite 600

Atlanta, GA 30309

Phone: +1 404-487-9000

Fax: +1 404-487-9001

## Google Austin

9606 North MoPac Expressway

Suite 700

Austin, TX 78759

Phone: +1 512-343-5283

Fax: +1 512-343-5285

## Google Boulder

2590 Pearl Street

Suite 100

Boulder, CO 80302

Phone: +1 303-245-0086

Fax: +1 303-535-5592

## Google Boston

5 Cambridge Center, Floors 3-6

Cambridge, MA 02142

Phone: +1 617-575-1300

Fax: +1 617-575-1301

## Google Chicago

20 West Kinzie St.

Chicago, IL 60654

Phone: +1 312-840-4100

Fax: +1 312-840-4101

## Google Detroit

114 Willits Street

Birmingham, MI 48009

Phone: +1 248-593-4000

Fax: +1 248-593-4001

## Google Irvine

19540 Jamboree Road

2nd Floor

Irvine, CA 92612

Phone: +1 949-794-1600

Fax: +1 949-794-1601

**Google Kirkland**

747 6th Street South,

Kirkland, WA 98033

Phone: +1 425-739-5600

Fax: +1 425-968-9399

**Google Los Angeles**

340 Main Street

Los Angeles, CA 90291

Phone: +1 310-310-6000

Fax: +1 310-310-6001

Visit our Los Angeles office website

**Google Madison**

301 S. Blount St.

Suite 301

Madison, WI 53703

Phone: +1 608-669-9600

Fax: +1 608-669-9601

**Google New York**

76 Ninth Avenue

4th Floor

New York, NY 10011

Phone: +1 212-565-0000

Fax: +1 212-565-0001

Visit our New York office website

**Google New York**

Chelsea Market Space

(mail cannot be received at this address)

75 Ninth Avenue

2nd and 4th Floors

New York, NY 10011

Phone: +1 212-565-0000

Fax: +1 212-565-0001

**Google Pittsburgh**

6425 Penn Ave.

Suite 700

Pittsburgh, PA 15206

Phone: +1 412-345-6700

Fax: +1 412-345-6699

**Google Reston**

1818 Library Street

Suite 400

Reston, VA 20190

Phone: +1 202-370-5600

Fax: +1 202-370-5601

**Google San Francisco**

345 Spear Street

Floors 2-4

San Francisco, CA 94105

Phone: +1 415-736-0000

**Google Seattle**

651 N. 34th St.

Seattle, WA 98103

Phone: +1 206-876-1800

Fax: +1 206-876-1701

**Google Washington DC**

1101 New York Avenue, N.W.

Second Floor

Washington, DC 20005

Phone: +1 202-346-1100

# Asia Pacific

## Australia

**Google Sydney**

Google Australia Pty Ltd.

Level 5, 48 Pirrama Road,

Pyrmont, NSW 2009

Australia

Phone: +61 2 9374 4000

Fax: +61 2 9374 4001

# China Mainland

## Google Beijing
Tsinghua Science Park Bldg 6
No. 1 Zhongguancun East Road
Haidian District
Beijing 100084
Phone: +86-10-62503000
Fax: +86-10-62503001

## Google Guangzhou
L30, Unit 3007, Teemtower, Teemmall,
208 Tianhe Road, Tianhe District,
Guangzhou, 510620

## Google Shanghai
60F, Shanghai World Financial Center
100 Century Avenue, Pudong New Area
Shanghai 200120, China
Phone: +86-21-6133-7666
Fax: +86-21-6133-7205

# Hong Kong

## Google Hong Kong
Tower 1, Times Square
1 Matheson Street
Room 1706
Causeway Bay, Hong Kong
Phone: +852-3923-5400
Fax: +852-3923-5401

# India

## Google Bangalore
Google India Pvt. Ltd
No. 3, RMZ Infinity - Tower E
Old Madras Road
3rd, 4th, and 5th Floors
Bangalore, 560 016

India
Phone: +91-80-67218000

**Google Gurgaon**

Google India Pvt Ltd

8th and 9th Floors

Tower C Building No.8

DLF Cyber City

Gurgaon India 122002

Phone: +91-12-44512900

**Google Hyderabad**

Google India Pvt. Ltd

Block 1

DivyaSree Omega

Survey No. 13

Kondapur Village,

Hyderabad

Andhra Pradesh, India

Phone: +91-40-6619-3000

**Google Mumbai**

Google India Pvt Ltd

1st Floor

3 North Avenue

Maker Maxity

Bandra Kurla Complex

Bandra East

Mumbai, 400 015

India

Phone: +91-22-6611-7150

# Japan

**Google Japan**

Roppongi Hills Mori Tower

PO Box 22, 6-10-1 Roppongi

Minato-ku, Tokyo 106-6126

Phone: +81-3-6384-9000

Fax: +81-3-6384-9001

# Korea

### Google Seoul
Google Korea LLC.
22nd Floor, Gangnam Finance Center
152 Teheran-ro, Gangnam-gu
Seoul 135-984
South Korea
Phone: +82-2-531-9000
Fax: +82-2-531-9001

# Malaysia

### Google Malaysia Sdn Bhd
Quill 7, No. 9
Jalan Stesen Sentral 5
50470 Kuala Lumpur
Malaysia

# New Zealand

### Google Auckland
Level 27, PWC Tower
188 Quay Street
Auckland 1010
New Zealand

# Singapore

### Google Singapore
Google Asia Pacific Pte. Ltd.
8 Marina View
Asia Square 1 #30-01
Singapore 018960
Phone: +65 6521-8000
Fax: +65 6521-8901

# Taiwan

**Google Taipei**
Level 73, Taipei 101 Tower
7 Xinyi Road, Sec. 5, Taipei, 110
Taiwan
Phone: 886 2 8729 6000
Fax: 886 2 8729 6001

## Thailand

**Google Thailand**
Level 29 The Offices at Centralworld
999/9 Rama Rd
Pathumwan
Bangkok 10330
Thailand

# Africa

## Kenya

**Google Kenya Ltd.**
7th Floor, Purshottam Place
Westlands Road,
P.O. Box 66217 - 00800
Westlands
Nairobi, Kenya
Phone: +254 20 360 1000
Fax: +254 20 360 1100

## Ghana

**Google Ghana**
GNAT Heights
30 Independence Ave
North Ridge, Accra
Ghana

## Nigeria

**Google Nigeria**
3rd Floor, Mulliner Towers
39 Kingsway Road, Ikoyi
Lagos, Nigeria

## Senegal

**Google Senegal**
Immeuble Azur 15
12 Boulevard Djily MBAYE
BP 50555 Dakar, Senegal

## South Africa

**Google South Africa**
Ground Floor, Twickenham Building
The Campus
Cnr Main & Sloane Street
Bryanston, Johannesburg
02021 South Africa

## Uganda

**Google Uganda**
CourseView Towers, 7th Floor,
Plot 21, Yusuf Lule Road
Kampala

# Europe

## Belgium

**Google Belgium n.v.**
Chaussée d'Etterbeek 176-180
Etterbeeksesteenweg 176-180
1040 Brussels
Belgium

# Czech Republic

### Google Prague
Stroupežnického 3191/17
150 00 Prague 5
Czech Republic

# Denmark

### Google Aarhus
Google Denmark ApS
Aabogade 15
8200 Aarhus N
Denmark

### Google Copenhagen
Google Denmark ApS
Sankt Petri Passage 5, 2nd floor
1165 Copenhagen K
Denmark

# Finland

### Google Helsinki
Google Finland Oy
Helsinki

### Google Oulu
Google Finland Oy
Kiviharjunlenkki 1 B
90220 Oulu

# France

### Google Paris
8 Rue de Londres
75009 Paris
France
Phone: +33 (0)1 42 68 53 00
Fax: +33 (0) 1 42 68 53 01

# Germany

### Google Hamburg
Google Germany GmbH
ABC-Strasse 19
20354 Hamburg
Germany
Phone: +49 40-80-81-79-000
Fax: +49 40-4921-9194

### Google Munich
Google Germany GmbH
Dienerstrasse 12
80331 Munich
Germany

# Greece

### Google Athens
7 Fragoklissias St, 2nd floor
Marousai
Athens 151 25, Greece

# Hungary

### Google Budapest
Árpád Fejedelem útja 26-28.
Budapest, Hungary 1023

# Ireland

### Google Dublin
Google Ireland Ltd.
Gordon House
Barrow Street
Dublin 4
Ireland
Fax: +353 (1) 436 1001

# Italy

### Google Italy
Corso Europa 2
20122 Milan
Phone: +39 02-36618 300
Fax: +39 02-36618 301

# Netherlands

### Google Amsterdam
Claude Debussylaan 34
Vinoly Mahler 4
Toren B, 15th Floor
Amsterdam, Netherlands
1082 MD, Netherlands
Phone: +31 (0)20-5045-100
Fax: +31 (0)20-524-8150

# Norway

### Google Oslo
Google Norway AS
Henrik Ibsens gate 100
0255 Oslo
Phone: +47 22996288
Fax: +47 23001231

# Poland

### Google Kraków
Rynek Glowny 12, II floor
31-042 Kraków
Poland
Phone: +48 (12) 68 15 300
Fax: +48 (12) 68 15 362

### Google Warsaw
Warsaw Financial Center

Emilii Plater 53
00-113 Warszawa
Poland
Phone: +48 22 207 19 00
Fax: +48 22 207 19 30

**Google Wrocław**
Bema Plaza, V pietro
Plac Gen. Jozefa Bema nr 2
50-265 Wroclaw
Poland
Phone: +48 (71) 73 41 000
Fax: +48 (71) 73 41 051

# Portugal

**Google Portugal**
Avenida da Liberdade, 110
1269-046 Lisboa, Portugal

# Russian Federation

**Google Moscow**
OOO Google
7 Balchug st.
Moscow 115035
Russian Federation
Phone: +7-495-644-1400
Fax: +7-495-644-1401

**Google St. Petersburg**
Alia Tempora
ul. Mayakovskogo Bldg 3B
Floors 8-9
Saint Petersburg, Russian Federation,
191025
Phone: +7 (812) 313-4800
Fax: +7 (812) 313-4801

# Spain

### Google Madrid
Torre Picasso
Plaza Pablo Ruiz Picasso 1
Madrid 28020
Phone: +34 91-748-6400
Fax: +34 91-748-6402

## Sweden

### Google Stockholm
Google Sweden AB
Kungsbron 2
111 22 Stockholm

## Switzerland

### Google Zürich
Brandschenkestrasse 110
8002 Zürich
Switzerland
Phone: +41 44-668-1800
Fax: +41 44-668-1818

## Ukraine

### Google Ukraine
25B, Sagaydachnogo str.
Kyiv 04070
Ukraine

## United Kingdom

### Google London
Google UK Ltd
Belgrave House
76 Buckingham Palace Road
London SW1W 9TQ
United Kingdom

Phone: +44 (0)20-7031-3000
Fax: +44 (0)20-7031-3001

### Google London

Google UK Ltd
123 Buckingham Palace Road
London SW1W 9SH
United Kingdom

### Google London

Google UK Ltd
1-13 St Giles High Street
London WC2H 8AG
United Kingdom

### Google Manchester

Google UK Ltd
Peter House
Oxford Street
Manchester
M1 5AN

# Canada

### Google Montreal

1253 McGill College
Montreal, Quebec, H3B 2Y5
Phone: +1 514-670-8700
Fax: +1 514-670-8701

### Google Toronto

12th Floor
111 Richmond Street West
Toronto, Ontario M5B 2G4
Phone: +1 416-915-8200
Fax: +1 416-915-8201

### Google Waterloo

151 Charles Street West
Suite 200
Kitchener, Ontario, N2G 1H6
Phone: +1 519-880-2300

Fax: +1 519-880-3401

# Latin America

## Argentina

### Google Buenos Aires
Dock del Plata
Alicia Moreau de Justo 350, 2nd floor
Buenos Aires, C1107AAH
Phone: +54-11-5530-3000
Fax: +54-11-5530-3001

## Brazil

### Google Belo Horizonte
Google Brasil Internet LTDA
Av. Bias Fortes
nº 382 6th floor, Lourdes
Belo Horizonte
30170-010
Brazil
Phone: +55-31-2128-6800
Fax: +55-31-2128-6801

### Google Sao Paulo (BR-SAO-PMA)
Google Brasil Internet Ltda.
Av. Brigadeiro Faria Lima, 3477 - 18º andar
São Paulo, 04538-133
Brazil
Fax: +55-11-2395-8401

## Colombia

### Google Colombia
Carrera 11A #94-45, Floor 8th
Bogotá, Colombia
Phone: +57 (1) 6231000

Fax: +57 (1) 6211565

## Mexico

**Google Mexico**
Paseo de la Reforma #115, Piso 22
Col. Lomas de Chapultepec
México D.F. 11000, México
Phone: +52 55-5342-8400
Fax: +52 55-5342-8401

# Middle East

## Egypt

**Google Egypt LLC**
47 Office Building
Section 1
City Centre
New Cairo
Egypt

## Israel

**Google Haifa**
Building 30
MATAM, Advanced Technology Center
PO Box 15096
Haifa, 31905
Israel
Phone: 972-74-746-6245
Fax: 972-74-746-6201

**Google Tel Aviv**
Google Israel Ltd.
98 Yigal Alon St.
Electra Tower, Floor 29
Tel-Aviv
Israel

Phone: 972-74-746-6453

Fax: 972-3-761-7171

# Turkey

### Google Istanbul

Google Advertising and Marketing Ltd Sti

Tekfen Tower

Buyukdere Caddesi No: 209 Kat:9

34394 Istanbul

# United Arab Emirates

### Google UAE

Dubai Internet City

Building 4, office 306

P.O Box 502966

Phone: +971 4 4509500

Fax: +971 4 4509523