## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| AT&T INTELLECTUAL PROPERTY II, L.P., and AIO WIRELESS LLC, | § § § § § § § § § § § § § § | Civil Action No. 1:13-cv-1901-JOF |
| *Plaintiffs,* | | |
| v. | | |
| AIOTV, INC. | | |
| *Defendant.* | | |

## NOTICE OF MANUAL FILING

Please take notice that Plaintiffs AT&T Intellectual Property II, L.P. and Aio Wireless LLC ("Plaintiffs"), by and through its undersigned counsel, have manually filed with the Court the following documents: Plaintiffs' Motion to File Confidential Information Under Seal and the Declaration of Jessica J. Slusser in support of Plaintiffs' Motion to File Confidential Information Under Seal. Those documents have been manually served upon all parties via U.S. Mail pursuant to their Certificate of Service.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  September 16, 2013 | /s/ William H. Brewster<br>William H. Brewster<br>Georgia Bar No. 080422<br>Kilpatrick Townsend & Stockton<br>1100 Peachtree Street, Ste. 2800<br>Atlanta, Georgia  30309<br>Telephone:  (404) 815-6500<br>Facsimile:   (404) 815-6555<br>Email:        bbrewster@kiltown.com |
| Of Counsel: | Darren W. Saunders, Esq. (Pro Hac Vice to be filed)<br>Linda A. Goldstein, Esq. (Pro Hac Vice to be filed)<br>Manatt, Phelps & Phillips LLP<br>7 Times Square<br>New York, New York 10036<br>Telephone:  (212) 790-4500<br>Facsimile:   (212) 790-4545<br>Email:        dsaunders@manatt.com<br>Email:        lgoldstein@manatt.com<br><br>Chad S. Hummel, Esq. (Pro Hac Vice to be filed)<br>Manatt, Phelps & Phillips LLP<br>11355 W. Olympic Blvd.<br>Los Angeles, California 90064<br>Telephone:  (310) 312-4000<br>Facsimile:   (310) 312-4224<br>Email:        chummel@manatt.com<br><br>*Attorneys for Plaintiffs*<br>**AT&T INTELLECTUAL PROPERTY II, L.P. and AIO WIRELESS LLC** |

## CERTIFICATE OF SERVICE

This is to certify that on September 16, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send e-mail documentation for such filing to the following attorneys of record:

>Edward T. Lyons, Jr.
>Daniel A. Wartell
>Aaron D. Goldhamer
>Jones & Keller, P.C.
>1999 Broadway, Suite 3150
>Denver, CO 80202
>
>Kelly L. Whitehart
>Morris Manning & Martin LLP
>1600 Atlanta Financial Center
>3343 Peachtree Road NE
>Atlanta, GA 30326-1044

>>s/William H. Brewster
>>William H. Brewster
>>Georgia Bar No. 080422
>>Kilpatrick Townsend & Stockton
>>1100 Peachtree Street, Ste. 2800
>>Atlanta, Georgia  30309
>>Telephone:  (404) 815-6500
>>Facsimile:  (404) 815-6555
>>Email:      bbrewster@kiltown.com