FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

OCT 0 8 2013

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AT&T INTELLECTUAL PROPERTY II, L.P., and AIO WIRELESS LLC, <br><br> Plaintiffs, <br><br> v. <br><br> AIOTV INC. <br><br> Defendant. | ) ) ) ) ) ) Civil Action ) No. 13-cv-1901 -JOF ) ) ) ) ) ) ) ) |

## DEFENDANT'S UNOPPOSED MOTION TO FILE CONFIDENTIAL INFORMATION UNDER SEAL

Pursuant to the Court's Revised Case Instructions (Doc. 3) and the Protective Order entered by the Court in this case (Doc. 27), Defendant aioTV Inc. ("AIO") respectfully moves this Court for leave to file under seal certain confidential information necessary to include in and append to AIO's Reply in Support of its Motion to Dismiss or Transfer Venue. AIO seeks leave to file under seal certain documents that AIO has designated CONFIDENTIAL or HIGHLY CONFIDENTIAL – Outside Attorneys' Eyes Only, including AIO's Responses to Plaintiffs' Interrogatories, certain portions of the deposition of Michael Earle

{JK00519106.1}

(those portions being present at page and line numbers 21:5-8, 22:18-20, and 78:15-16, which have all been designated as CONFIDENTIAL or HIGHLY CONFIDENTIAL – Outside Attorneys' Eyes Only), and the portions of AIO's Reply and the Declaration of Edward T. Lyons, Jr. that discusses those documents and their contents.  Plaintiffs have advised that they do not oppose the relief sought by this Unopposed Motion.

Accordingly, AIO requests that the Court grant it leave to file under seal information that has been designated as CONFIDENTIAL or HIGHLY CONFIDENTIAL – Outside Attorneys' Eyes Only by AIO, including portions of AIO's Reply and the Declaration of Edward T. Lyons, Jr. that discusses those documents and their contents.

In light of the above and in accordance with the Court's Revised Case Instructions, AIO is manually lodging an unredacted copy of their Reply, the Declaration of Edward T. Lyons, Jr., and the exhibits thereto with the Court.  AIO will also provide Plaintiffs with a copy of the material AIO seeks to file under seal.

Respectfully submitted,

/s/ Kelly L. Whitehart

Kelly L. Whitehart
GA Bar No. 755447
MILLER & MARTIN, PLLC
1170 Peachtree Street, N.E.
Suite 800
Atlanta, GA 30309-7706
Telephone: (404) 962-6100
Fax: (404) 962-6300
kwhitehart@millermartin.com

Edward T. Lyons, Jr.
elyons@joneskeller.com
Daniel A. Wartell
dwartell@joneskeller.com
Aaron D. Goldhamer
agoldhamer@joneskeller.com
JONES & KELLER, P.C.
1999 Broadway, Suite 3150
Denver, CO 80202
Telephone: (303) 573-1600
Fax: (303) 573-8133
        Appearing *pro hac vice*

{JK00519106.1 }

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing was typed in Times New Roman 14 point font with a top margin of 1.5 inches in accordance with Rule 5.1 of the Local Rules of this Court.

_____
Kelly L. Whitehart

## CERTIFICATE OF SERVICE

This is to certify that on October 3, 2013, I manually filed the foregoing with the Court and sent an email copy to the following counsel:

Darren W. Saunders, Esq. (dsaunders@manatt.com)

Linda Goldstein, Esq. (lgoldstein@manatt.com)

Chad S. Hummel, Esq. (chummel@manatt.com)

William H. Brewster, Esq. (bbrewster@kiltown.com)

Kelly L. Whitehart

{JK00519106.1}