UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AT&T INTELLECTUAL PROPERTY II, L.P., and AIO WIRELESS LLC, <br><br> Plaintiffs, <br><br> v. <br><br> AIOTV INC. <br><br> Defendant. | ) <br> ) <br> ) <br> ) Civil Action <br> ) No. 13-cv-1901 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

_____

DEFENDANT'S NOTICE OF MANUAL FILING
_____

Please take notice that Defendant aioTV Inc. ("AIO"), by and through its undersigned counsel, have manually filed with the Court the following documents: Defendant's Motion to File Confidential Information Under Seal; an unredacted copy of Defendant's Reply in Support of its Motion to Dismiss or Transfer Venue; and unredacted copies of all exhibits filed in conjunction with Defendant's Reply in Support of its Motion to Dismiss or Transfer Venue.  Those documents have been manually served upon all parties via U.S. Mail pursuant to their Certificate of Service.

{JK00519087.1 }

        Respectfully submitted,
        s/ Kelly L. Whitehart
        Kelly L. Whitehart
        GA Bar No. 755447
        MILLER & MARTIN, PLLC
        1170 Peachtree Street, N.E. *#800*
        Atlanta, GA 30309-7706
        Telephone: (404) 962-6100
        Fax: (404) 962-6300
        kwhitehart@millermartin.com

        Edward T. Lyons, Jr.
        elyons@joneskeller.corn
        Daniel A. Wartell
        dwartell@joneskeller.com
        Aaron D. Goldhamer
        agoldhamer@joneskeller.com
        JONES & KELLER, P.C.
        1999 Broadway, Suite 3150
        Denver, CO 80202
        Telephone: (303) 573-1600
        Fax: (303) 573-8133
            Appearing *pro hac vice*

{JK00519087.1 }

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing was typed in Times New Roman 14 point font with a top margin of 1.5 inches in accordance with Rule 5.1 of the Local Rules of this Court.

Aaron D. Goldhamer

## CERTIFICATE OF SERVICE

This is to certify that on October 3, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send e-mail documentation for such filing to the attorneys of record as follows:

James R. Thompson (Jt0309@att.com)

Darren W. Saunders, Esq. (dsaunders@manatt.com)

Linda Goldstein, Esq. (lgoldstein@manatt.com)

Chad S. Hummel, Esq. (chummel@manatt.com)

William H. Brewster, Esq. (bbrewster@kiltown.com)

_____

{JK00519087.1 }