IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

In Re:   Reassignment of Cases Previously Assigned to the Late
J. Owen Forrester

**ORDER**

Our colleague, the Honorable J. Owen Forrester, having passed away on July 1, 2014, and it being necessary to reassign his cases, the Honorable William C. O'Kelley has graciously agreed to accept reassignment of Judge Forrester's civil cases. Having conducted a preliminary review of those cases at the Court's request, Judge O'Kelley has identified six cases that would require his recusal were they to be assigned to him. The Honorable Thomas W. Thrash, Jr. has agreed to accept reassignment of this latter group of cases.

Therefore, the Clerk is directed to immediately reassign to the Honorable William C. O'Kelley all civil cases currently assigned to the Honorable J. Owen Forrester, except the following cases:

      1:13-CV-1901

      1:13-CV-2890

      1:13-CV-2935

```
         1:13-CV-3302

         1:13-CV-3924

         1:13-CV-3983
```

The Clerk shall immediately reassign the above six cases to the Honorable Thomas W. Thrash, Jr.

SO ORDERED, this <u>11th</u> day of July, 2014.

                                                                           <u>/s/ Julie E. Carnes</u>
                                                                           JULIE E. CARNES
                                                                           CHIEF UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)