IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

AT&T INTELLECTUAL PROPERTY
II, L.P., et al

       Plaintiff(s)

v.

AIO TV, INC.,

       Defendant(s)

CIVIL ACTION NO.
1:13cv1901-TWT

O R D E R

The Court RECUSES itself from consideration of the above entitled action; therefore,

IT IS HEREBY ORDERED that the Clerk reassign this action to the next Judge on the rotation list.

IT IS HEREBY ORDERED, this 15th day of July, 2014.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE