UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AT&T INTELLECTUAL PROPERTY II, L.P. and AIO WIRELESS, LLC<br><br>    Plaintiffs,<br><br>vs.<br><br>AIOTV, INC.,<br><br>    Defendant. | CIVIL ACTION FILE<br><br>NO. 1:13-cv-1901-RWS |

## J U D G M E N T

This action having come before the court, Honorable Richard W. Story, United States District Judge, for consideration of defendant's motion to dismiss, and the court having granted said motion, it is

**Ordered and Adjudged** that this action be, and the same hereby, is **dismissed.**

Dated at Atlanta, Georgia, this 14th day of August, 2014.

                 JAMES N. HATTEN
                 CLERK OF COURT


             By: s/Cynthia Mercado
                 Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
 August 14, 2014
James N. Hatten
Clerk of Court

By: s/Cynthia Mercado
   Deputy Clerk